# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-722

_____

MATTHEW R. COFFIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Christopher N. Patterson, Judge.

September 18, 2019


PER CURIAM.

    We affirm Coffin's sentence but remand for the trial court to correct a scrivener's error in the judgment.  The judgment should reflect that Coffin was convicted of and sentenced for violations of subsection 787.02(2), Fla. Stat. (2004).

    AFFIRMED and REMANDED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Matthew R. Coffin, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.